1  Jonathan D. Joseph, SBN 90564
   Jonathan M. Cohen, SBN 168207
2  Joseph and Cohen, Professional Corporation
   1855 Market Street
3  San Francisco, CA 94103
   Telephone: (415) 817-9200
4  Fax: (415) 874-1997
5  jcohen@josephandcohen.com

6

7  *Attorneys for Plaintiffs THOMAS T. HAWKER;
   JOHN J. INCANDELA; DAVE KRAECHAN;
   EDWIN JAY LEE; and EDWARD J. ROCHA*
8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12 | THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; and EDWARD J. ROCHA | Case No: CV-01261-LJO-GSA |
13
14
                                                **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION**
15               Plaintiffs,

16          v.

17 **BANCINSURANCE, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION; and DOES 1 through 10**
18
19               Defendants.

20

21  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

22  **PLEASE TAKE NOTICE** that Plaintiffs Thomas Hawker, John J. Incandela, Dave Kraechan, Edwin

23  Jay Lee, and Edward J. Rocha (collectively," Plaintiffs") hereby voluntarily dismisses Defendant

24  Federal Deposit Insurance Corporation ("FDIC") pursuant to Fed R. Civ. Proc. 41(a)(1), .

25

26

27

28

Dismissal of FDIC                                                    Case No. CV-01261-LJO-GSA
NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FDIC

| | |
|---|---|
| Dated:  December 7, 2012 | Joseph and Cohen, Professional Corporation |

By:_____/s/_____
        JONATHAN M. COHEN