IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER, et al., | CASE NO. CV F 12-1261 LJO GSA<br>New Case Number CV F 12-1261 LJO DLB |
| Plaintiffs, | **ORDER TO RELATE ACTIONS AND TO ASSIGN NEW MAGISTRATE JUDGE** |
| vs. | (Doc. 8.) |
| BANCINSURANCE, INC., | |
| Defendants. | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Federal Deposit Insurance Corp. v. Thomas T. Hawker, et al.,* Case No. CV F 12-0127 LJO DLB.  The actions involve the same or similar parties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same judges will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same judges, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. Magistrate Judge Dennis L. Beck with a new **CASE NO. CV F 12-1261 LJO DLB**.  All documents shall bear the new **CASE NO. CV F 12-1261 LJO DLB** and the reassignment to U.S. Magistrate Judge Dennis L. Beck. U.S. District Judge Lawrence J. O'Neill shall remain assigned to this action.

IT IS SO ORDERED.

**Dated:   December 7, 2012**            /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

1