IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER, et al., | CASE NO. CV F 12-1261 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT FDIC** (Doc. 9.) |
| vs. | |
| BANCINSURANCE, INC., et al., | |
| Defendants. | |

Based on plaintiffs' notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action as to defendant Federal Deposit Insurance Corporation only. The clerk is directed NOT to close this action.

IT IS SO ORDERED.

**Dated:   December 7, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE