IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**THOMAS T. HAWKER, ET AL.**                CASE:  **1:12–CV–01261–LJO–SAB**

                          vs.

**BANCINSURANCE, INC., ET AL.**            **ORDER OF REASSIGNMENT**

_____   /

        The court, having received the notice of retirement of **Magistrate Judge Dennis L. Beck** finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

        IT IS THEREFORE ORDERED that:

        The above captioned case shall be and is hereby **REASSIGNED** from **Magistrate Judge  Dennis L. Beck** to **Magistrate Judge Stanley A Boone** for all further proceedings.  The new case number for this action, which must be used on all documents filed with the court, is:                **1:12–CV–01261–LJO–SAB**

        All dates currently set in this reassigned action shall remain effective subject to further order of the court.

        DATED:   January 4, 2013

_____

**MORRISON C. ENGLAND, JR.**, CHIEF
U.S. DISTRICT COURT JUDGE