EDWARD F. DONOHUE (SBN 112730)
CHRISTOPHER J. BORDERS (SBN: 135901)
edonohue@hinshawlaw.com
cborders@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070

Attorneys for Defendant BANCINSURE, INC., erroneously sued as BANCINSURANCE, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; and EDWARD J. ROCHA<br><br>Plaintiffs,<br><br>vs.<br><br>BANCINSURANCE, INC.; FEDERAL DEPOSIT INSURANCE CORPORATION; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 1:12-CV-01261-LJO-SAB<br><br>**ORDER GRANTING STIPULATION TO ENLARGE TIME FOR BANCINSURE, INC. TO RESPOND TO COMPLAINT**<br><br><br><br><br><br>Hon. Lawrence J. O'Neill<br>Complaint Filed:   August 1, 2012 |

HAVING RECEIVED AND CONSIDERED the parties' Stipulation to Enlarge Time for BancInsure, Inc. to Respond to Complaint, Document No. 18, filed February 18, 2013,

IT IS ORDERED that Defendant BancInsurer may have to and including February 25, 2013 to respond to Plaintiffs' Complaint.

IT IS SO ORDERED.

Dated:   **February 19, 2013**          _____
                                         UNITED STATES MAGISTRATE JUDGE

1