# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER, et al., | Case No. 1:12-cv-01261-SAB |
| Plaintiffs, | ORDER RE NOTICE OF WITHDRAWAL OF ECF DOCUMENT |
| v. | (ECF Nos. 51, 52) |
| BANKINSURANCE, INC., et al., | |
| Defendants. | |

Pursuant to the notice of withdrawal, the notice of appearance filed on September 4, 2013, is HEREBY ORDERED WITHDRAWN.

IT IS SO ORDERED.

Dated: **September 5, 2013**

UNITED STATES MAGISTRATE JUDGE