# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>BANKINSURANCE, INC., et al.,<br><br>            Defendants. | Case No.  1:12-cv-01261-SAB<br><br>ORDER RE NOTICE OF WITHDRAWAL OF ECF DOCUMENT<br><br>(ECF Nos. 51, 52) |

Pursuant to the notice of withdrawal, the notice of appearance filed on September 4, 2013, is HEREBY ORDERED WITHDRAWN.

IT IS SO ORDERED.

Dated:   **September 5, 2013**

UNITED STATES MAGISTRATE JUDGE