Patrick J. Richard (CA 131046)
prichard@nossaman.com
James H. Vorhis (CA 245034)
jvorhis@nossaman.com
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

Joan M. Cotkin (CA 70665)
jcotkin@nossaman.com
Nossaman LLP
777 S. Figueroa St., 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:   213.612.7801

Attorneys for the Federal Deposit Insurance Corporation as Receiver for County Bank, Plaintiff as assignee of certain claims

Jonathan D. Joseph, (CA 90564)
Jonathan M. Cohen, (CA 168207)
jcohen@josephandcohen.com
Joseph and Cohen, APC
1855 Market Street
San Francisco, CA 94103
Telephone: 415.817.9200
Facsimile:    415.874.1997

Attorneys for Plaintiffs
Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee, and Edward J. Rocha

Edward F. Donohue (SBN 112730)
edonohue@hinshawlaw.com
Christopher J. Borders (SBN 135901)
cborders@hinshawlaw.com
John T. Meno (SBN 231238)
jmeno@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant BANCINSURE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; and EDWARD J. ROCHA,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>BANCINSURE, INC. and DOES 1 through 10,<br><br>　　　　Defendants. | Case No: 1:12-cv-01261-SAB<br><br>**AMENDMENT TO STIPULATED PROTECTIVE ORDER** |

Pursuant to Paragraph 5m of the Protective Order, Confidential Material may be disclosed to . . . "any other Person as to whom the parties agree in writing." Protective Order at ¶ 5m (Docket No. 39). The use of Confidential Material produced or exchanged in this action, however, is limited to this action. See Protective Order at ¶ 4. The Federal Deposit Insurance Corporation in its capacity as receiver for other banks ("FDIC") and BancInsure are currently involved in other litigations, and anticipate additional litigation in the future, relating to insurance coverage for claims against the directors or officers of other failed financial institutions ("Similar Suits"). The FDIC and BancInsure seek to share Confidential Material from this action with the counsel of record in the Similar Suits and their staff ("Counsel of Record"), the FDIC's in-house counsel and their staff ("FDIC Counsel"), BancInsure's in-house counsel and their staff ("BancInsure Counsel"), and consultants and experts necessarily involved in the conduct of the Similar Suits, to enable these persons to use Confidential Material subject to the terms of any protective order, the rules of civil procedure, and the rules of evidence applicable to the Similar Suits. In the event of any conflict between protective orders, the use of any Confidential Material used in a Similar Suit shall be governed by the protective order in the Similar Suit.

Accordingly, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the stipulation of the parties, and for good cause shown, the Court hereby amends the Protective Order, entered in this action on September 28, 2012, as follows:

1. The parties may share Confidential Material with the Counsel of Record, FDIC Counsel, BancInsure Counsel, and/or consultants and experts necessarily involved in the conduct of a Similar Suit, and enable

these persons to use Confidential Material, including any court filings filed under seal, in the Similar Suit subject to the terms of any protective order, the rules of civil procedure and the rules of evidence applicable to the Similar Suit.

2. A representative of the Counsel of Record for the FDIC and BancInsure necessarily involved in the conduct of the Similar Suit must sign the acknowledgement in the form of Exhibit A to the Protective Order (Docket No. 39) before Confidential Material may be shared with 1) Counsel of Record, and 2) FDIC Counsel, or BancInsure Counsel. The signature of the Counsel of Record on Exhibit A shall be sufficient to bind 1) their staff, and 2) the FDIC Counsel and their staff, or BancInsure Counsel and their staff, to the terms of Exhibit A. The use of Confidential Material in any Similar Suit is subject to the terms of any protective order in place in the Similar Suit, the rules of civil procedure and the rules of evidence governing that Similar Suit. In addition, pursuant to the terms of any protective order in place in the Similar Suit, Confidential Material may be shared with the court, court reporters, stenographic reporters, court personnel, jurors, experts, consultants, witnesses and deponents, potential witnesses and deponents, mediators, arbitrators, and other parties providing support services necessary to the litigation of the Similar Suit.

3. Nothing in this paragraph shall relieve the FDIC or BancInsure of any obligations to comply with any federal or state laws or statutes.

| | |
|---|---|
| DATED:  September 23, 2013 | NOSSAMAN LLP |
| | By: /s/ *James H. Vorhis* |
| | James H. Vorhis<br>Attorneys for Federal Deposit Insurance Corporation, as Receiver for County Bank, as assignee of certain claims |
| DATED:  September 23, 2013 | JOSEPH AND COHEN |
| | By:  /s/ *Jonathan A. Cohen* |
| | Jonathan A. Cohen<br>Attorneys for Plaintiffs Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha |
| DATED:  September 23, 2013 | HINSHAW & CULBERTSON LLP |
| | By: /s/ *Edward F. Donahue* |
| | Edward F. Donahue<br>Attorneys for Defendant BancInsure, Inc. |

IT IS SO ORDERED.

Dated:  **September 24, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

4