1  EDWARD F. DONOHUE (SBN 112730)          Patrick J. Richard (SBN 131046)
   edonohue@hinshawlaw.com                 Prichard@nossaman.com
2  CHRISTOPHER J. BORDERS (SBN 135901)     James H. Vorhis (SBN 245034)
   cborders@hinshawlaw.com                 jvorhis@nossaman.com
3  JOHN T. MENO (SBN 231238)               NOSSAMAN LLP
   jmeno@hinshawlaw.com                    50 California Street, 34th Floor
4  HINSHAW & CULBERTSON LLP                San Francisco, CA 94111
   One California Street, 18th Floor       Telephone:  415.398.3600
5  San Francisco, CA 94111                 Facsimile:  415.398.2439
   Telephone:  415.362.6000                - and –
6  Facsimile:   415.834.9070               Joan M. Cotkin (SBN 70665)
                                           jcotkin@nossaman.com
7  Attorneys for Defendant BANCINSURE, INC.   NOSSAMAN LLP
                                           777 S. Figueroa Street, 34th Floor
8  Jonathan D. Joseph (SBN 90564)          Los Angeles, CA 90017
   Jonathan M. Cohen (SBN 168207)          Telephone:  213.612.7800
9  jcohen@josephandcohen.com               Facsimile:  213.612.7801
   JOSEPH AND COHEN, A P.C.
10 1855 Market Street                      Attorneys for FEDERAL DEPOSIT
   San Francisco, CA 94103                 INSURANCE CORPORATION, Plaintiffs as
11 Telephone:  415.817.9200                assignee of certain claims
   Facsimile:  415.874.1997
12
   Attorneys for Plaintiffs
13

14

15 **UNITED STATES DISTRICT COURT**

16 **EASTERN DISTRICT OF CALIFORNIA**

17 **FRESNO DIVISION**

| | |
|---|---|
| 18  THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver,<br><br>Plaintiffs,<br><br>vs.<br><br>BANCINSURE, INC.; and DOES 1 through 10, inclusive<br><br>Defendants. | **Case No.:  1:12-cv-01261-SAB**<br><br>**STIPULATION AND THIRD AMENDED SCHEDULING ORDER**<br><br>Hon. Stanley A. Boone<br><br>Complaint Filed: August 1, 2012<br><br>Trial Date: October 6, 2014 |

26    IT IS HEREBY STIPULATED, by and between Plaintiffs Thomas T. Hawker,

27 John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha (collectively

28 "Insureds"), plaintiff by assignment the Federal Deposit Insurance Corporation as

Receiver for County Bank (the "FDIC-R"), and Defendant BancInsure, Inc.

("BancInsure"), through their respective counsel of record, as follows:

1.      This Court initially issued an Amended Scheduling Order (Docket no. 37) following a May 28, 2013 Scheduling Conference.

2.      After the parties met-and-conferred regarding the most efficient and economic ways to manage this litigation, they submitted a stipulation to the Court requesting an Amended Scheduling Order.  On August 29, 2013, this Court issued an Amended Scheduling Order (Docket No. 50) setting new dates and deadlines.

3.      In an effort to build additional time into the schedule to resolve discovery disputes, the parties submitted a stipulation to the Court requesting a Second Amended Scheduling Order.  On November 14, 2013, this Court issued an Amended Scheduling Order (Docket No. 59) setting the current summary judgment dates and deadlines.

4.      The parties have continued to diligently pursue discovery related to the coverage issues since the issuance of the Second Amended Scheduling Order.  However, the parties need additional time to take at least three depositions of witnesses that, based on scheduling conflicts, could not be completed by the due date of the opening summary judgment brief.  In addition, the parties need additional time to exchange records and information regarding the completeness of the records produced or made available to date by each party.

5.      Accordingly, the parties agree that good cause exists to adopt a Third Amended Scheduling Order such that 1) certain contract interpretation issues may still be addressed early in the litigation and prior to the resolution of other issues that could either be rendered moot or otherwise impacted by the early resolution of coverage issues, and so that 2) that all discovery related to the contract interpretation issue may be completed before cross summary-judgment motions are completely briefed before this Court.

6.      The parties reiterate that an early resolution of the contract interpretation issues could substantially reduce costs and simplify the remaining issues to be resolved in the litigation irrespective of which party prevails on cross-summary-judgment motions

planned at the completion of "Phase I" as described below.  Thus, if the Insureds and the FDIC-R prevail against coverage defenses raised in response to the Second Count for Breach of Contract, Count IV for Reformation would potentially become moot as would defenses raised by BancInsure to such claims such as estoppel and statute of limitations. If BancInsure prevails as to coverage defenses raised in Response to Count II, Count III for Breach of the Covenant of Good Faith and Fair Dealing would potentially become moot.

7.    The parties stipulate to and respectfully request that the Court issue a Third Amended Scheduling Order that amends the following dates and deadlines in this matter:

a.    Phase I Discovery Completion:  January 24, 2014

b.    Phase I Motion Filing Deadline:  January 31, 2014

c.    Phase I Opposition Filing Deadline: February 21, 2014

d.    Phase I Reply Filing Deadline: March 5, 2014

c.    Phase I Motion Hearing:  March 12, 2014

d.    Further Case Management Conference:  March 28, 2014

8.    The parties stipulate that the trial date will remain October 6, 2014.  The parties further stipulate that neither will contest the other's request for a continuance of the current trial date of up to 60 days.

9.    The parties further stipulate and agree to engage in a formal alternative dispute resolution process, to be completed within 90 days of the Court's ruling on the Phase I motions.

SO STIPULATED:

1

2

DATED:  December 18, 2013                    HINSHAW & CULBERTSON LLP

3

4

By:___ /s/ Edward F. Donahue
    Edward F. Donohue
    Christopher J. Borders
    John T. Meno
    Attorneys for Defendant BANCINSURE,
    INC.

5

6

7

8

DATED:  December 18, 2013                    JOSEPH AND COHEN, A P.C.

9

10

By:  /s/ Jonathan M. Cohen
    Jonathon D. Joseph
    Jonathan M. Cohen
    Attorneys for the Insureds

11

12

DATED:  December 18, 2013                    NOSSAMAN LLP

13

14

By:___ /s/ James H. Vorhis
    Patrick J. Richard
    James H. Vorhis
    Joan M. Cotkin
    Attorneys for FEDERAL DEPOSIT
    INSURANCE COMPANY, Plaintiffs as
    assignee of certain claims

15

16

17

18

19

**ORDER**

20

21

IT IS SO ORDERED.

22

23

Dated:  __**December 19, 2013**__

24

UNITED STATES MAGISTRATE JUDGE

25

26

27

28