EDWARD F. DONOHUE (SBN 112730)
CHRISTOPHER J. BORDERS (SBN: 135901)
JOHN T. MENO (SBN 231238)
edonohue@hinshawlaw.com
cborders@hinshawlaw.com
jmeno@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:     415-834-9070

Attorneys for Defendant BANCINSURE, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for County Bank,<br><br>       Plaintiffs,<br><br>    vs.<br><br>BANCINSURE, INC.; and DOES 1 through 10, inclusive<br><br>       Defendants. | Case No.:  1:12-CV-01261-SAB<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY ADJUDICATION OF BANCINSURE, INC.**<br><br>Complaint Filed:  August 1, 2012<br><br>Date:  March 12, 2014<br>Time:  9:30 a.m.<br>Courtroom:  9<br>Trial Date:  October 6, 2014 |

TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

Please Take Notice that on March 12, 2014 at 9:30 a.m., or as soon thereafter as the matter may be heard in Courtroom 9 of the above named court, Defendant, BancInsure, Inc. ("BancInsure"), will hereby does and move the Court pursuant to Rule 56(d) of the Federal Rules of Civil Procedure on the ground that there is no issue of material fact, and BancInsure is entitled as a matter of law to summary adjudication on the Federal Deposit Insurance Corporation 's second claim of relief for breach of contract, under Phase I of the Court's Third Amended Scheduling Order. (Dkt. 72).

1  This motion is based on this Notice of Motion, the Memorandum of Points and
2 Authorities in support thereof; Separate Statement of Undisputed Material Facts;
3 Requests for Judicial Notice; Declaration of Edward F. Donohue; Declaration of James
4 Cross; Declaration of John T. Meno, and upon such papers and pleadings filed hereafter,
5 and any additional evidence submitted therewith and any such oral argument as may be
6 presented at the hearing hereon.

7 DATED:  January 31, 2014                    HINSHAW & CULBERTSON LLP

By:*/s/ Edward F. Donohue*

_____
EDWARD F. DONOHUE
CHRISTOPHER J. BORDERS
JOHN T. MENO
Attorneys for Defendant BANCINSURE, INC.