Patrick J. Richard (CA 131046)
prichard@nossaman.com
James H. Vorhis (CA 245034)
jvorhis@nossaman.com
S. Ashar Ahmed (CA 256711)
aahmed@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:  415.398.3600
Facsimile:   415.398.2438

Thomas D. Long (CA 105987)
tlong@nossaman.com
Nossaman LLP
777 S. Figueroa St., 34th Floor
Los Angeles, CA 90017
Telephone:  213.612.7800
Facsimile:   213.612.7801

Attorneys for the Federal Deposit Insurance Corporation
as Receiver of County Bank, Plaintiff as assignee of
certain claims

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of County Bank,<br><br>Plaintiffs,<br>v.<br><br>BANCINSURE, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No: CV F 12-1261 SAB<br><br>**NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF FDIC AS RECEIVER FOR COUNTY BANK AGAINST DEFENDANT BANCINSURE**<br><br>**Date: March 12, 2014**<br>**Time: 9:30 a.m.**<br>**Judge:  Hon. Stanley A. Boone**<br>       Location: Robert E. Coyle US Courthouse, 2500 Tulare Street - Courtroom #9, 6th Floor - Fresno, CA 93721<br><br>Filed concurrently with Memorandum of Points and Authorities, Declaration of James H. Vorhis, Separate Statement of Undisputed Facts; Request for Judicial Notice; [Proposed] Order |

284285_1.DOC                                1
NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF PLAINTIFF FDIC AGAINST DEFENDANT BANCINSURE

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that on March 12, 2014, at 9:30 a.m., or as soon thereafter as the matter can be heard, the Federal Deposit Insurance Corporation as Receiver for County Bank ("FDIC-R"), will and hereby does move for partial summary judgment against defendant BancInsure, Inc. ("BancInsure" or "Defendant") pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 260(f) on each and all of the following issues:

(1) The FDIC-R is entitled to coverage under BancInsure's Extended Professional Liability Insurance Policy No. PLI0010016 (the "EPLI Policy") for claims brought by the FDIC-R and the judgment obtained by the FDIC-R against former officers of County Bank in the action entitled *Federal Deposit Insurance Corporation as Receiver for County Bank v. Hawker, et al.*, United Stated District Court for the Eastern District of California, Case No. 1:12-cv-00127-SAB (the "Underlying Action"). The Underlying Action resulted in a default judgment against Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee, and Edward Rocha ("Insureds") in the amount of $48,545,060.

(2) The Insureds in the Underlying Action were insureds under the EPLI Policy.

(3) The FDIC-R made a timely claim against the Insureds, which in turn was timely reported by the Insureds to BancInsure under the terms of the EPLI Policy.

(4) BancInsure denied coverage to the Insureds for the FDIC-R's claims in the Underlying Action, and never advanced defense costs in the Underlying Action.

(5) The Insureds in the Underlying Action assigned all of their rights against BancInsure to the FDIC-R except their claims for emotional distress, punitive damages, and attorneys' fees.

(6) The judgment of $48,545,060 in the Underlying Action is a "Loss" under the EPLI Policy.

(7) Coverage for the "Loss" suffered by the Insureds in the Underlying Action and assigned to the FDIC-R is not excluded from coverage under the EPLI Policy by virtue of the "insured vs. insured exclusion" (exclusion 21 in the EPLI Policy).

(8) Coverage for the "Loss" suffered by the Insureds in the Underlying Action and assigned to the FDIC-R is not excluded by virtue of a loan loss "carve-out" in the EPLI Policy.

The FDIC-R's Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the FDIC-R's Separate Statement of Undisputed Facts, the Declaration of James Vorhis, the Request for Judicial Notice, and the [Proposed] Order filed and lodged concurrently herewith.

Dated: January 31, 2014         Nossaman LLP


By:   /s/ *Patrick J. Richard*
         Patrick J. Richard
Attorneys for THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR COUNTY BANK, Plaintiff As Assignee Of Certain Claims