| | |
|---|---|
| EDWARD F. DONOHUE (SBN 112730) | Patrick J. Richard (SBN 131046) |
| edonohue@hinshawlaw.com | Prichard@nossaman.com |
| CHRISTOPHER J. BORDERS (SBN 135901) | James H. Vorhis (SBN 245034) |
| cborders@hinshawlaw.com | jvorhis@nossaman.com |
| JOHN T. MENO (SBN 231238) | NOSSAMAN LLP |
| jmeno@hinshawlaw.com | 50 California Street, 34th Floor |
| HINSHAW & CULBERTSON LLP | San Francisco, CA 94111 |
| One California Street, 18th Floor | Telephone:  415.398.3600 |
| San Francisco, CA 94111 | Facsimile:  415.398.2439 |
| Telephone:  415.362.6000 | - and – |
| Facsimile:    415.834.9070 | Thomas D. Long (SBN 105987) |
| | tlong@nossaman.com |
| Attorneys for Defendant BANCINSURE, INC. | NOSSAMAN LLP |
| | 777 S. Figueroa Street, 34th Floor |
| Jonathan D. Joseph (SBN 90564) | Los Angeles, CA 90017 |
| Jonathan M. Cohen (SBN 168207) | Telephone:  213.612.7800 |
| jcohen@josephandcohen.com | Facsimile:  213.612.7801 |
| JOSEPH AND COHEN, A P.C. | |
| 1855 Market Street | Attorneys for FEDERAL DEPOSIT |
| San Francisco, CA 94103 | INSURANCE CORPORATION AS |
| Telephone:  415.817.9200 | RECEIVER FOR COUNTY BANK, Plaintiffs |
| Facsimile: 415.874.1997 | as assignee of certain claims |

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver,<br><br>       Plaintiffs,<br><br>    vs.<br><br>BANCINSURE, INC.; and DOES 1 through 10, inclusive<br><br>       Defendants. | **Case No.:  CV F 12-1261-SAB**<br><br>**STIPULATION AND FOURTH AMENDED SCHEDULING ORDER** |

1

1  IT IS HEREBY STIPULATED, by and between Plaintiffs Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha (collectively "Insureds"), plaintiff by assignment the Federal Deposit Insurance Corporation as Receiver for County Bank (the "FDIC-R"), and Defendant BancInsure, Inc. ("BancInsure"), through their respective counsel of record, as follows:

1. This Court initially issued an Amended Scheduling Order (Docket no. 37) following a May 28, 2013 Scheduling Conference.

2. After the parties met-and-conferred regarding the most efficient and economic ways to manage this litigation, they submitted a stipulation to the Court requesting an Amended Scheduling Order. On August 29, 2013, this Court issued an Amended Scheduling Order (Docket No. 50) setting new dates and deadlines.

3. In an effort to build additional time into the schedule to resolve discovery disputes, the parties submitted a stipulation to the Court requesting a Second Amended Scheduling Order. On November 14, 2013, this Court issued an Amended Scheduling Order (Docket No. 59) setting new dates and deadlines.

4. In an effort to provide the parties additional time to resolve discovery disputes and related issues with document productions, the parties submitted a stipulation to the Court requesting a Third Amended Scheduling Order. On December 19, 2013, this Court issued a Third Amended Scheduling Order (Docket No. 72) setting new dates and deadlines.

5. On January 31, 2014, the parties filed cross-motions for partial summary judgment and supporting documentation. See Docket Nos. 74-88.

6. The parties agree that due to the importance of the legal issues covered by the pending motions and the scope of discovery to date that good cause exists to amend the current briefing and hearing deadline, and for the Court to adopt a Fourth Amended Scheduling Order such that the parties are permitted additional time to file opposition and reply papers respecting the issues of contract interpretation raised in the cross-motions for partial summary judgment.

7. The parties reiterate that an early resolution of the contract interpretation issues could substantially reduce costs and simplify the remaining issues to be resolved in the litigation irrespective of which party prevails on cross-summary-judgment motions planned at the completion of "Phase I" as described below.  Thus, if the Insureds and the FDIC-R prevail against coverage defenses raised in response to the Second Count for Breach of Contract, Count IV for Reformation would potentially become moot as would defenses raised by BancInsure to such claims such as estoppel and statute of limitations. If BancInsure prevails as to coverage defenses raised in Response to Count II, Count III for Breach of the Covenant of Good Faith and Fair Dealing would potentially become moot.

8. The parties stipulate to and respectfully request that the Court issue a Fourth Amended Scheduling Order that amends the following dates and deadlines in this matter:

    a. Phase I Opposition Filing Deadline: March 7, 2014

    d. Phase I Reply Filing Deadline: March 26, 2014

    c. Phase I Motion Hearing:  April 2, 2014

    d. Further Case Management Conference:  April 18, 2014

9. The parties stipulate that the trial date will remain October 6, 2014.  The parties further stipulate that neither will contest the other's request for a continuance of the current trial date of up to 60 days.

10. The parties further stipulate and agree to engage in a formal alternative dispute resolution process, to be completed within 90 days of the Court's ruling on the Phase I motions.

3

| | | |
|---|---|---|
| 1 | SO STIPULATED: | |
| 2 | DATED:  February 20, 2014 | HINSHAW & CULBERTSON LLP |
| 3 | | |
| 4 | | By:___/s/ Edward F. Donahue |
| 5 | |     Edward F. Donohue<br>    Christopher J. Borders |
| 6 | |     John T. Meno<br>    Attorneys for Defendant BANCINSURE, |
| 7 | |     INC. |
| 8 | DATED:  February 20, 2014 | JOSEPH AND COHEN, A P.C. |
| 9 | | |
| 10 | | By:  /s/ Jonathan M. Cohen |
| 11 | |     Jonathon D. Joseph<br>    Jonathan M. Cohen |
| 12 | |     Attorneys for the Insureds |
| 13 | DATED:  February 20, 2014 | NOSSAMAN LLP |
| 14 | | |
| 15 | | By:___/s/ James H. Vorhis |
| 16 | |     Patrick J. Richard<br>    James H. Vorhis |
| 17 | |     Thomas D. Long<br>    Attorneys for FEDERAL DEPOSIT |
| 18 | |     INSURANCE COMPANY, Plaintiffs as<br>    assignee of certain claims |
| 19 | | |
| 20 | IT IS SO ORDERED. | |
| 21 | Dated:  **February 21, 2014** | |
| 22 | | UNITED STATES MAGISTRATE JUDGE |