| | |
|---|---|
| Patrick J. Richard (SBN 131046)<br>prichard@nossaman.com<br>James H. Vorhis (SBN 245034)<br>jvorhis@nossaman.com<br>NOSSAMAN LLP<br>50 California Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: 415.398.3600<br>Facsimile: 415.398.2439<br><br>-and-<br><br>Thomas D. Long (CA 105987)<br>tlong@nossaman.com<br>NOSSAMAN LLP<br>777 S. Figueroa St., 34th Floor<br>Los Angeles, CA 90017<br>Telephone: 213.612.7800<br>Facsimile: 213.612.7801<br><br>Attorneys for the Federal Deposit Insurance Corporation as Receiver for County Bank, Plaintiff as assignee of certain claims | Edward F. Donohue (SBN 112730)<br>edonohue@hinshawlaw.com<br>Peter L. Isola (SBN 144146)<br>pisola@hinshawlaw.com<br>John T. Meno (SBN 231238)<br>jmeno@hinshawlaw.com<br>HINSHAW & CULBERTSON LLP<br>One California Street, 18th Floor<br>San Francisco, CA 94111<br>Telephone: 415.362.6000<br>Facsimile: 415.834.9070<br><br>Attorneys for Defendant BancInsure, Inc.<br><br>Jonathan D. Joseph (SBN 90564)<br>Jonathan M. Cohen (SBN 168207)<br>jcohen@josephandcohen.com<br>JOSEPH AND COHEN, A P.C.<br>1855 Market Street<br>San Francisco, CA 94103<br>Telephone: 415.817.9200<br>Facsimile: 415.874.1997<br><br>Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver,<br><br>            Plaintiffs,<br><br>     vs.<br><br>BANCINSURE, INC. and DOES 1 through 10, inclusive<br><br>            Defendants. | **Case No.: CV F 12-1261-SAB**<br><br>**JOINT APPLICATION FOR ORDER TO ALLOW REPLY BRIEFS FOR SUMMARY JUDGMENT IN EXCESS OF PAGE LIMIT** |

1

The undersigned parties, through their counsel, hereby apply for leave to file reply briefs to their cross-motions for summary judgment of not more than fifteen (15) pages. This Court's Standing Order limits reply briefs to ten (10) pages unless leave is granted by the Court. Standing Order, ¶ 9. The Parties believe that good cause exists for this Court to grant the filing of briefs in excess of the ten-page limit because of the complexity of the legal and factual issues presented by the cross-motions. Specifically, this Application is based on the following facts:

1. The FDIC-R filed its Motion for Partial Summary Judgment on January 31, 2014. Docket no. 76. BancInsure concurrently filed its Motion for Summary Adjudication on the same date. Docket no. 74.

2. On March 7, 2014, the FDIC-R and BancInsure each filed opposition briefs to the respective motions. Docket nos. 91, 97. The FDIC-R's reply to BancInsure's Motion for Partial Summary Judgment and BancInsure's reply to the FDIC-R's Motion for Summary Adjudication are both due on March 26, 2014. Docket No. 90 (Fourth Amended Scheduling Order). The Motions are scheduled to be heard before this Court on April 2, 2014 at 9:30am. *Id.*

3. Pursuant to this Court's Standing Order, the page limit for reply briefs for motions other than those brought under Local Rule 251 is ten (10) pages. Standing Order, ¶ 9.

4. The Parties have met-and-conferred regarding the page limitation for the reply briefs, and believe that good cause exists for the filing of briefs in excess of the ten-page limit due to the complexity of the facts and law at issue, and given the extensive evidence presented in this case. The Parties also believe extended briefing will be beneficial to the Court because it will permit a more thorough legal and factual analysis of the issues raised in the motion and opposition papers.

5. Accordingly, the Parties stipulate to and respectfully request that the Court issue an Order that permits reply briefing to exceed ten (10) pages, but not to exceed fifteen

(15) pages.  However, the parties are also mindful of the Court's busy schedule, and will use their best efforts to be as concise as possible in this reply briefing.

DATED:  March 18, 2014                     HINSHAW & CULBERTSON LLP


By: ___/s/ Edward F. Donahue___
    Edward F. Donohue
    Attorneys for Defendant BancInsure, Inc.

DATED:  March 18, 2014                     NOSSAMAN LLP


By: ___/s/ James H. Vorhis___
    James H. Vorhis
    Attorneys for Federal Deposit Insurance
    Corporation as Receiver for County Bank,
    Plaintiff as assignee of certain claims

DATED:  March 18, 2014                     JOSEPH & COHEN, A P.C.


By: /s/ Jonathan M. Cohen
    Jonathan M. Cohen
    Attorneys for the Insureds


IT IS SO ORDERED.

   Dated:  **March 19, 2014**

                                      UNITED STATES MAGISTRATE JUDGE