1   Edward F. Donohue (SBN 112730)              Patrick J. Richard (SBN 131046)
    edonohue@hinshawlaw.com                     Prichard@nossaman.com
2   Peter L. Isola (SBN 144146)                 James H. Vorhis (SBN 245034)
    cborders@hinshawlaw.com                     jvorhis@nossaman.com
3   John T. Meno (SBN 231238)                   S. Ashar Ahmed (SBN 256711)
    jmeno@hinshawlaw.com                        aahmed@nossaman.com
4   HINSHAW & CULBERTSON LLP                    NOSSAMAN LLP
    One California Street, 18th Floor           50 California Street, 34th Floor
5   San Francisco, CA 94111                     San Francisco, CA 94111
    Telephone:  415.362.6000                    Telephone:  415.398.3600
6   Facsimile:    415.834.9070                  Facsimile:  415.398.2439
                                                - and –
7   Attorneys for Defendant BANCINSURE, INC.    Thomas D. Long (SBN 105987)
                                                tlong@nossaman.com
8   Jonathan D. Joseph (SBN 90564)              NOSSAMAN LLP
    Jonathan M. Cohen (SBN 168207)              777 S. Figueroa Street, 34th Floor
9   jcohen@josephandcohen.com                   Los Angeles, CA 90017
    JOSEPH AND COHEN, A P.C.                    Telephone:  213.612.7800
10  1855 Market Street                          Facsimile:  213.612.7801
    San Francisco, CA 94103
11  Telephone:  415.817.9200                    Attorneys for FEDERAL DEPOSIT
    Facsimile:  415.874.1997                    INSURANCE CORPORATION, Plaintiffs as
                                                assignee of certain claims
12  Attorneys for Plaintiffs

13

14                   **UNITED STATES DISTRICT COURT**

15                   **EASTERN DISTRICT OF CALIFORNIA**

16                          **FRESNO DIVISION**

17

18  THOMAS T. HAWKER; JOHN J.          | **Case No.:  CV F 12-1261-SAB**
    INCANDELA; DAVE KRAECHAN;          |
19  EDWIN JAY LEE; EDWARD J. ROCHA;    | **STIPULATION AND [PROPOSED]**
    and FEDERAL DEPOSIT INSURANCE      | **ORDER CONTINUING SCHEDULING**
    CORPORATION, as Receiver,          | **CONFERENCE**
20
                                       |
21            Plaintiffs,              | Hon. Stanley A. Boone
                                       |
22       vs.                           | Complaint Filed: August 1, 2012
                                       | Trial Date: October 6, 2014
23  BANCINSURE, INC.; and DOES 1 through
    10, inclusive
24
              Defendants.
25

26

27

28

IT IS HEREBY STIPULATED, by and between Plaintiffs Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha (collectively "Insureds"), plaintiff by assignment the Federal Deposit Insurance Corporation as Receiver for County Bank (the "FDIC-R"), and Defendant BancInsure, Inc. ("BancInsure"), through their respective counsel of record, as follows:

1. On August 29, 2013, this Court entered a Second Amended Scheduling Order that set the case for phased discovery so that the parties could file cross-motions for summary judgment on the second claim for breach of contract in the First Amended Complaint. Docket no. 50. That Order set dates for Phase I filing deadlines, the Phase I summary judgment hearing, and a further post-hearing case management conference. *Id.*; *see also* docket nos. 59, 72.

2. The parties filed their cross-motions for summary judgment on January 31, 2014. On February, 21, 2014, this Court entered its Fourth Amended Scheduling Order extending the opposition and briefing deadlines. Docket no. 90. That Fourth Amended Scheduling Order set the hearing for the cross-motions on April 2, 2014, and the post hearing case management conference on April 16, 2014. *Id.*

3. This Court entertained oral argument on the motions on April 2, 2014. At that hearing, this Court moved the further case management conference to May 6, 2014. Docket no. 123.

4. On April 7, 2014, the Court issued its order on the cross-motions for summary judgment on the second claim for breach of contract, granting BancInsure's motion and denying the FDIC-R's motion. Docket No. 125. A further scheduling conference is currently set for May 6, 2014.

5. Counsel for the parties have met-and-conferred regarding the best way to maximize efficiency while minimizing costs and the burden on this Court. Accordingly, the parties are discussing an option that might entail having the FDIC-R dismiss its remaining claims without prejudice so that an appeal may be taken to the Ninth Circuit

1  on the Order for Summary Judgment.  The parties believe this may be the most efficient

2  way to pursue this case.  As they are discussing the mechanics of such a plan, the parties

3  believe it is in the best interest of all parties and the Court to continue the scheduling

4  conference from May 6, 2014 at 10:00 a.m. to May 27, 2014 at 10:00 a.m., or such date

5  thereafter as may be convenient to the Court.

6
          SO STIPULATED:

7
   DATED:  April 29, 2014                 HINSHAW & CULBERTSON LLP
8

9
                                          By:___/s/ Edward F. Donohue
10                                            Edward F. Donohue
                                              Attorneys for Defendant BANCINSURE,
11                                            INC.

12
   DATED:  April 29, 2014                 JOSEPH AND COHEN, A P.C.
13

14
                                          By: /s/ Jonathan M. Cohen
15                                            Jonathan M. Cohen
                                              Attorneys for the Insureds
16

17 DATED:  April 29, 2014                 NOSSAMAN LLP

18

19
                                          By:___/s/ James H. Vorhis
20                                            James H. Vorhis
                                              Attorneys for FEDERAL DEPOSIT
21                                            INSURANCE COMPANY, Plaintiff as
                                              assignee of certain claims

22

23         IT IS SO ORDERED.

24

25 Dated: _____     _____
          _____   Stanley A. Boone
26                                        UNITED STATES MAGISTRATE JUDGE

27

28 _____3_____