Edward F. Donohue (SBN 112730)
edonohue@hinshawlaw.com
Peter L. Isola (SBN 144146)
cborders@hinshawlaw.com
John T. Meno (SBN 231238)
jmeno@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415.362.6000
Facsimile:   415.834.9070

Attorneys for Defendant BANCINSURE, INC.

Jonathan D. Joseph (SBN 90564)
Jonathan M. Cohen (SBN 168207)
jcohen@josephandcohen.com
JOSEPH AND COHEN, A P.C.
1855 Market Street
San Francisco, CA 94103
Telephone: 415.817.9200
Facsimile: 415.874.1997

Attorneys for Plaintiffs

Patrick J. Richard (SBN 131046)
Prichard@nossaman.com
James H. Vorhis (SBN 245034)
jvorhis@nossaman.com
S. Ashar Ahmed (SBN 256711)
aahmed@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2439
- and –
Thomas D. Long (SBN 105987)
tlong@nossaman.com
NOSSAMAN LLP
777 S. Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone: 213.612.7800
Facsimile: 213.612.7801

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION, Plaintiffs as
assignee of certain claims

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BANCINSURE, INC.; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | **Case No.:  CV F 12-1261-SAB**<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha (collectively "Insureds"), plaintiff by assignment the Federal Deposit Insurance Corporation as Receiver for County Bank (the "FDIC-R"), and Defendant BancInsure, Inc. ("BancInsure"), through their respective counsel of record, as follows:

1. On August 29, 2013, this Court entered a Second Amended Scheduling Order that set the case for phased discovery so that the parties could file cross-motions for summary judgment on the second claim for breach of contract in the First Amended Complaint. Docket no. 50. That Order set dates for Phase I filing deadlines, the Phase I summary judgment hearing, and a further post-hearing case management conference. *Id.*; *see also* docket nos. 59, 72.

2. The parties filed their cross-motions for summary judgment on January 31, 2014. On February, 21, 2014, this Court entered its Fourth Amended Scheduling Order extending the opposition and briefing deadlines. Docket no. 90. That Fourth Amended Scheduling Order set the hearing for the cross-motions on April 2, 2014, and the post hearing case management conference on April 16, 2014. *Id.*

3. This Court entertained oral argument on the motions on April 2, 2014. At that hearing, this Court moved the further case management conference to May 6, 2014. Docket no. 123.

4. On April 7, 2014, the Court issued its order on the cross-motions for summary judgment on the second claim for breach of contract, granting BancInsure's motion and denying the FDIC-R's motion. Docket No. 125. A further scheduling conference is currently set for May 6, 2014.

5. Counsel for the parties have met-and-conferred regarding the best way to maximize efficiency while minimizing costs and the burden on this Court. Accordingly, the parties are discussing an option that might entail having the FDIC-R dismiss its remaining claims without prejudice so that an appeal may be taken to the Ninth Circuit on the Order for Summary Judgment. The parties believe this may be the most efficient

2

way to pursue this case. As they are discussing the mechanics of such a plan, the parties believe it is in the best interest of all parties and the Court to continue the scheduling conference from May 6, 2014 at 10:00 a.m. to May 27, 2014 at 11:00 a.m.

SO STIPULATED:

DATED:  April 29, 2014                    HINSHAW & CULBERTSON LLP


By:   /s/ Edward F. Donohue
   Edward F. Donohue
   Attorneys for Defendant BANCINSURE, INC.


DATED:  April 29, 2014                    JOSEPH AND COHEN, A P.C.


By:  /s/ Jonathan M. Cohen
   Jonathan M. Cohen
   Attorneys for the Insureds


DATED:  April 29, 2014                    NOSSAMAN LLP


By:   /s/ James H. Vorhis
   James H. Vorhis
   Attorneys for FEDERAL DEPOSIT INSURANCE COMPANY, Plaintiff as assignee of certain claims


IT IS SO ORDERED.

   Dated:   **April 29, 2014**

   _____
   UNITED STATES MAGISTRATE JUDGE

3