# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER,<br><br>    Plaintiff,<br><br>    v.<br><br>BANCINSURANCE, INC., et al.,<br><br>    Defendants. | Case No.  1:12-cv-1261-SAB<br><br>ORDER AFTER STATUS CONFERENCE |

On June 6, 2014, the Court held an informal status conference in this matter concerning the parties' intent to appeal this Court's order granting Defendant's motion for summary judgment and denying Plaintiff's motion for summary judgment.  The parties informed the Court of their intent to file a motion to file an interlocutory appeal pursuant to 28 U.S.C. § 1292, or, in the alternative, to dismiss the remaining claims in this action and appeal the final judgment in this action.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The parties shall file their motion on or before June 20, 2014, whether it is filed jointly or otherwise;
2. Opposition to the motion, if any, shall be filed on or before July 9, 2014;
3. Replies, if any, shall be filed on or before July 16, 2014; and

/ / /

1

4. The motion shall be heard on July 18, 2014 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: **June 6, 2014**

UNITED STATES MAGISTRATE JUDGE

2