# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER, et al., | Case No. 1:12-cv-01261-SAB |
| Plaintiffs, | ORDER VACATING ORDER GRANTING MOTION FOR CERTIFICATION OF JUDGMENT AS FINAL AND APPEALABLE AND STAYING ACTION 120 DAYS |
| v. | |
| BANCINSURANCE, INC., et al., | |
| Defendants. | ECF NO. 135 |

On July 15, 2014, the Court issued an order granting the parties' joint motion for certification of judgment in this action as final and appealable. (ECF No. 135.) As a result of the Court's order, the Court's April 7, 2014 order on the parties' cross motions for summary judgment was certified as final and appealable under Federal Rule of Civil Procedure 54(b) and 28 U.S.C. § 1292.

On August 5, 2014, Defendant BancInsure, Inc. ("Defendant") filed a Notice of Show Cause Order informing the Court of an order issued by the District Court of Oklahoma County for the State of Oklahoma which enjoined all persons and entities from prosecuting any action against BancInsure, Inc. (ECF No. 136.) On August 22, 2014, Defendant filed a Notice of Entry of Order Placing Insurer into Receivership and Liquidation, Appointing Receiver, and for Permanent Injunction. (ECF No. 138.) The notice attached a subsequent order from the Oklahoma state court whereby Defendant was found to be insolvent, was placed under

receivership, and ordered to liquidate its assets pursuant to the laws of the State of Oklahoma. The court further enjoined any persons from prosecuting any action against Defendant until further order from the court.

On August 28, 2014, a telephonic status conference was held by the Court. At the status conference, the parties orally requested that this action be stayed 120 days pending the outcome of the proceedings in Oklahoma state court. The parties further requested that the Court's July 15, 2014 order certifying judgment in this action as final and appealable be vacated to preserve the parties' ability to appeal this Court's judgment after the injunction prohibiting the prosecution of any action against Defendant is lifted. The parties argue that the July 15, 2014 order should be vacated on the grounds of changed circumstances, namely that the Court's prior finding that there was no just reason for delay is no longer valid, as the proceedings in Oklahoma state court constitute a just reason for delay. On September 2, 2014, Plaintiffs' counsel submitted a letter and proposed order to the Court, which is attached as an exhibit to this order.

The Court construes the parties' request as a motion under Federal Rule of Civil Procedure 60(b)(6), which gives the Court discretion to relive a party from a final judgment, order, or proceeding for "any other reason that justifies relief." In this instance, the parties intended to appeal the Court's order on the cross motions for summary judgment but were reasonably prevented from doing so due to the injunction issued by the Oklahoma state court. Moreover, the circumstances relevant to the motion certifying the judgment as final and appealable have materially changed, as the Court's order was premised in part on the Court's finding that there was no just reason for delay in certifying the judgment as final. The proceedings in Oklahoma state court now provide just reason for delay. Accordingly, the Court will vacate its July 15, 2014 order certifying judgment as final and appealable and issue a 120 day stay of this action.

Based upon the foregoing, IT IS HEREBY ORDERED that:

1. The Court's July 15, 2014 Order Granting Motion for Certification of Judgment as Final and Appealable is VACATED (ECF No. 135);

///

2. This action is STAYED for 120 days from the date of this order;

3. All dates in this action set before this order are VACATED, including the trial date set for October 6, 2014;

4. A status conference is set for November 20, 2014 at 3:00 p.m. before United States Magistrate Judge Stanley A. Boone in Courtroom 9 (SAB); and

5. The parties shall submit a status report by November 13, 2014.

IT IS SO ORDERED.

Dated:   **September 3, 2014**

UNITED STATES MAGISTRATE JUDGE