# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER, et al., | Case No. 1:12-cv-01261-SAB |
| Plaintiffs, | ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| BANCINSURANCE, INC., et al., | |
| Defendants. | |

On August 28, 2014, the Court set a status conference in this matter to occur on November 20, 2014. On November 13, 2014, the parties submitted a joint status report. (ECF No. 141.) Based upon the parties' representations in the joint status report, the Court will vacate the November 20, 2014 and continue it to December 30, 2014 at 10:00 a.m.

Accordingly, it is HEREBY ORDERED that:

1. The November 20, 2014 status conference is VACATED;

2. A further status conference is set for December 30, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **November 14, 2014**

UNITED STATES MAGISTRATE JUDGE

1