1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BANCINSURE, INC. and DOES 1 through 10, inclusive<br><br>　　　　　Defendants. | **Case No.:  CV F 12-1261-SAB**<br><br>**ORDER**<br><br>Date:　　　December 30, 2014<br>Time:　　　10:00 a.m.<br>Judge:　　　Hon. Stanley A. Boone<br>Courtroom:  9<br><br>Complaint Filed: August 1, 2012 |

///

///

///

Whereas the parties filed a joint status conference statement in advance of the December 30, 2014 status conference, in which the parties informed the Court of an agreement to extend a nationwide stay of coverage actions between the FDIC in its various receivership capacities and the Oklahoma state receiver for BancInsure until January 19, 2015 (Dkt. No. 143).  Good cause showing,

**IT IS HEREBY ORDERED:**

The stay in this action shall be extended from January 2, 2015 to January 19, 2015. The status conference in this matter shall be continued from December 30, 2014 to January 26, 2015 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   **December 29, 2014**

UNITED STATES MAGISTRATE JUDGE