# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER, et al., | Case No. 1:12-cv-01261-SAB |
| Plaintiff, | ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO CERTIFY |
| v. | |
| BANCINSURANCE, INC., et al., | |
| Defendants. | |

On February 23, 2015, the parties in this action filed a Joint Status Report. (ECF No. 148.) In the status report, the parties proposed that the Court set a schedule for filing a motion to certify the order granting partial summary judgment as final and appealable pursuant to Federal Rule of Civil Procedure 54(b) and 28 U.S.C. § 1292. In accordance with the parties' status report, it is HEREBY ORDERED that:

1. On or before March 30, 2015, Plaintiffs shall file a motion to certify the order granting partial summary judgment as final and appealable;
2. Opposition, if any, to the motion shall be filed on or before April 13, 2015; and

///
///
///
///

1

3. The matter shall be heard on April 22, 2015 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone.

IT IS SO ORDERED.

Dated: __**February 27, 2015**__

UNITED STATES MAGISTRATE JUDGE