# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS T. HAWKER, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BANCINSURANCE, INC., et al.,<br><br>   Defendants. | Case No.  1:12-cv-01261-SAB<br><br>ORDER GRANTING MOTION TO SUBSTITUTE<br><br>ECF NO. 149 |

On February 24, 2015, Defendant BancInsure, Inc. ("BancInsure") filed a motion to substitute John D. Doak, as defendant in this action. (ECF No. 149.)  BancInsure informs the Court that Mr. Doak, the Oklahoma State Insurance Commissioner, was appointed as receiver for Red Rock Insurance Company, formerly known as BancInsure, Inc.  In liquidation proceedings in Oklahoma state court, all of Red Rock Insurance Company's rights and interests were transferred to Mr. Doak as the receiver of Red Rock Insurance Company.

On March 12, 2015, Plaintiff Federal Deposit Insurance Corporation filed a notice of non-opposition to BancInsure's motion. (ECF No. 152.)

Federal Rule of Civil Procedure 25(c) states that "[i]f an interest is transferred, the action may be continued by or against the original party unless the court, on motion, orders the transferee to be substituted in the action or joined with the original party."  In accordance with Rule 25(c), the Court orders the transferee in this case, insurance commissioner John D. Doak as

receiver of Red Rock Insurance Company, f/k/a BancInsure, Inc., to be substituted in this action in place of BancInsure. See In re Bernal, 207 F.3d 595, 598 (9th Cir. 2000) (substitution under Rule 25(c) left to the court's sound discretion).

Although the other parties to this action have consented to the jurisdiction of a United States Magistrate Judge for all purposes, incoming defendant John D. Doak has not. Accordingly, the Court will order Mr. Doak to file a consent form indicating whether or not he consents to the jurisdiction of a United States Magistrate Judge for all purposes. See 28 U.S.C. § 636(c)(1).

Accordingly, it is HEREBY ORDERED that:

1. The hearing on BancInsure's motion to substitute scheduled for March 25, 2015 at 10:00 a.m. in Courtroom 9 (SAB) before United States Magistrate Judge Stanley A. Boone is VACATED and the parties shall not appear at that time;

2. BancInsure's motion to substitute John D. Doak as defendant in this action is GRANTED;

3. John D. Doak, insurance commissioner as receiver for Red Rock Insurance Company, f/k/a BancInsure, Inc. is substituted for BancInsure, Inc. as defendant in this action for all purposes; and

4. Within fourteen (14) days of the date of service of this order, Defendant Doak shall file a consent form indicating whether or not he consents to the jurisdiction of a United States Magistrate Judge for all purposes.

IT IS SO ORDERED.

Dated: __March 16, 2015__

UNITED STATES MAGISTRATE JUDGE