# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THOMAS T. HAWKER, et al., | Case No. 1:12-cv-01261-SAB |
|---|---|
| Plaintiffs, | ORDER SETTING STATUS CONFERENCE FOR MAY 5, 2017 |
| v. | |
| BANCINSURANCE, INC., et al., | |
| Defendants. | |

This action was filed on August 1, 2012. (ECF No. 1.) After the Federal Deposit Insurance Corporation ("FDIC") substituted in as receiver (ECF No. 35), Defendant Bankinsure, Inc. and the FDIC filed cross motions for summary judgment (ECF Nos. 74, 76). On April 7, 2014, the Court granted Bankinsure's motion for summary judgment and denied the FDIC's motion for summary judgment. (ECF No. 125.)

On April 17, 2015, the Court granted the parties request to certify the judgment as final and appealable. (ECF No. 157.) On May 14, 2015, the FDIC filed a notice of appeal. (ECF No. 158.) On March 27, 2017, the Ninth Circuit Court of Appeal affirmed this Court's grant of summary judgment after an interlocutory appeal. (ECF No. 163.) The mandate issued on April 18, 2017. (ECF No. 164.)

Accordingly, this action is HEREBY set for a status conference on May 5, 2017, at 9:00 a.m. in Courtroom 9. The parties shall file a joint status report seven (7) days prior to the status

1

conference addressing the claims and parties that remain in this action following the decision on the FDIC's appeal.

IT IS SO ORDERED.

Dated: __**April 19, 2017**__

UNITED STATES MAGISTRATE JUDGE