1  Edward F. Donohue (SBN 112730)
   edonohue@hinshawlaw.com
2  Peter L. Isola (SBN 144146)
   cborders@hinshawlaw.com
3  John T. Meno (SBN 231238)
   jmeno@hinshawlaw.com
4  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
5  San Francisco, CA 94111
   Telephone: 415.362.6000
6  Facsimile:   415.834.9070

7  Attorneys for Defendant JOHN D. DOAK,
   insurance commissioner as receiver for Red
8  Rock Insurance Company, f/k/a BancInsure, Inc.

9  Jonathan D. Joseph (SBN 90564)
   Jonathan M. Cohen (SBN 168207)
10 jcohen@josephandcohen.com
   JOSEPH AND COHEN, A P.C.
11 1855 Market Street
   San Francisco, CA 94103
12 Telephone: 415.817.9200
   Facsimile: 415.874.1997

13
   Attorneys for Plaintiffs
14

Patrick J. Richard (SBN 131046)
Prichard@nossaman.com
James H. Vorhis (SBN 245034)
jvorhis@nossaman.com
S. Ashar Ahmed (SBN 256711)
aahmed@nossaman.com
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile: 415.398.2439

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as Receiver
of County Bank, Plaintiffs as assignee of
certain claims

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of County Bank, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN D. DOAK, insurance commissioner as receiver for Red Rock Insurance Company, f/k/a BancInsure, Inc.; and DOES 1 through 10, inclusive <br><br> Defendants. | **Case No.:  12-cv-01261-SAB** <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** <br><br> Hon. Stanley A. Boone <br><br> Date: May 5, 2017 <br> Location: Courtroom 9 <br><br> Complaint Filed: August 1, 2012 <br> Trial Date: None |

1

IT IS HEREBY STIPULATED, by and between Plaintiffs Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha (collectively "Insureds"), plaintiff by assignment the Federal Deposit Insurance Corporation as Receiver for County Bank (the "FDIC-R"), and Defendant John D. Doak, insurance commissioner as receiver for Red Rock Insurance Company, f/k/a BancInsure, Inc. ("Doak"), through their respective counsel of record, as follows:

1. On April 7, 2014, this Court granted Defendant's Motion for Summary Judgment as to the FDIC-R's second cause of action for breach of contract. ECF No. 125.

2. On April 17, 2015, this Court granted the Parties' Renewed Motion for Certification of Judgment as Final and Appealable, thereby permitting the Parties to appeal the Court's summary judgment ruling to the Ninth Circuit. ECF No. 157.

3. On May 14, 2015, the FDIC-R filed a timely Notice of Appeal to the Ninth Circuit. ECF No. 158.

4. On March 27, 2017, the Ninth Circuit issued an Order affirming this Court's summary judgment ruling.

5. On April 18, 2017, the Ninth Circuit issued a Mandate setting that date as the one where the Ninth Circuit's Judgment will take effect. ECF No. 164.

6. On April 19, 2017, this Court issued an Order setting a status conference in front this Honorable Court on May 5, 2017.

7. There are a number a number of pieces of litigation throughout the country between the FDIC as the receiver of various failed banks, and John D. Doak, insurance commissioner as receiver for Red Rock Insurance Company, f/k/a/ BancInsure, Inc. In light of the limited assets in the receivership and the many cases outstanding, the FDIC and Mr. Doak have been negotiating a global resolution that will settle all such litigation. The Parties expect that such settlement negotiations will continue for at least the next two weeks in light of the many moving pieces.

8. In light of the foregoing, the Parties hereby jointly request this Court to continue the status conference from May 5, 2017 to May 26, 2017, at 9:00 a.m. in Courtroom 9, to permit

the Parties to continue global settlement negotiations.

SO STIPULATED:

DATED:  April 27, 2017                     HINSHAW & CULBERTSON LLP


By: /s/ Edward F. Donahue
Edward F. Donohue
Attorneys for Defendant BANCINSURE, INC.


DATED:  April 27, 2017                     JOSEPH AND COHEN, A P.C.


By: /s/ Jonathan M. Cohen
Jonathan M. Cohen
Attorneys for the Insureds


DATED:  April 27, 2017                     NOSSAMAN LLP


By: /s/ James H. Vorhis
James H. Vorhis
Attorneys for FEDERAL DEPOSIT
INSURANCE COMPANY, Plaintiff as assignee
of certain claims

## ORDER

Accordingly, IT IS HEREBY ORDERED that the status conference set for May 5, 2017, is hereby continued to **May 26, 2017, at 9:00 a.m. in Courtroom 9.**  The parties shall file a joint status report seven (7) days prior to the status conference addressing the claims and parties that remain in this action following the decision on the FDIC's appeal.

IT IS SO ORDERED.

Dated:   **April 28, 2017**

_____
UNITED STATES MAGISTRATE JUDGE