| | |
|---|---|
| Edward F. Donohue (SBN 112730) <br> edonohue@hinshawlaw.com <br> Peter L. Isola (SBN 144146) <br> cborders@hinshawlaw.com <br> John T. Meno (SBN 231238) <br> jmeno@hinshawlaw.com <br> HINSHAW & CULBERTSON LLP <br> One California Street, 18th Floor <br> San Francisco, CA 94111 <br> Telephone: 415.362.6000 <br> Facsimile: 415.834.9070 | Patrick J. Richard (SBN 131046) <br> Prichard@nossaman.com <br> James H. Vorhis (SBN 245034) <br> jvorhis@nossaman.com <br> S. Ashar Ahmed (SBN 256711) <br> aahmed@nossaman.com <br> NOSSAMAN LLP <br> 50 California Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: 415.398.3600 <br> Facsimile: 415.398.2439 |
| Attorneys for Defendant JOHN D. DOAK, insurance commissioner as receiver for Red Rock Insurance Company, f/k/a BancInsure, Inc. | Attorneys for FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver of County Bank, Plaintiffs as assignee of certain claims |

Jonathan D. Joseph (SBN 90564)
Jonathan M. Cohen (SBN 168207)
jcohen@josephandcohen.com
JOSEPH AND COHEN, A P.C.
1855 Market Street
San Francisco, CA 94103
Telephone: 415.817.9200
Facsimile: 415.874.1997

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| THOMAS T. HAWKER; JOHN J. INCANDELA; DAVE KRAECHAN; EDWIN JAY LEE; EDWARD J. ROCHA; and FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of County Bank, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN D. DOAK, insurance commissioner as receiver for Red Rock Insurance Company, f/k/a BancInsure, Inc.; and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: CV F 12-1261-SAB <br><br> **SECOND STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |

IT IS HEREBY STIPULATED, by and between Plaintiffs Thomas T. Hawker, John J. Incandela, Dave Kraechan, Edwin Jay Lee and Edward J. Rocha (collectively "Insureds"), plaintiff by assignment the Federal Deposit Insurance Corporation as Receiver for County Bank (the "FDIC-R"), and Defendant John D. Doak, insurance commissioner as receiver for Red Rock Insurance Company, f/k/a BancInsure, Inc. ("Doak"), through their respective counsel of record, as follows:

1. On April 7, 2014, this Court granted Defendant's Motion for Summary Judgment as to the FDIC-R's second cause of action for breach of contract. ECF No. 125.

2. On April 17, 2015, this Court granted the Parties' Renewed Motion for Certification of Judgment as Final and Appealable, thereby permitting the Parties to appeal the Court's summary judgment ruling to the Ninth Circuit. ECF No. 157.

3. On May 14, 2015, the FDIC-R filed a timely Notice of Appeal to the Ninth Circuit. ECF No. 158.

4. On March 27, 2017, the Ninth Circuit issued an Order affirming this Court's summary judgment ruling.

5. On April 18, 2017, the Ninth Circuit issued a Mandate setting that date as the one where the Ninth Circuit's Judgment will take effect. ECF No. 164.

6. On April 19, 2017, this Court issued an Order setting a status conference in front this Honorable Court on May 5, 2017.

7. On May 2, 2017, this Court granted the Parties' Stipulation to continue the status conference to May 26, 2017. ECF No. 167.

7. As mentioned in the first stipulation to continue the May 5, 2017 status conference, there are a number of pieces of litigation throughout the country between the FDIC as the receiver of various failed banks, and John D. Doak, insurance commissioner as receiver for Red Rock Insurance Company, f/k/a/ BancInsure, Inc. In light of the limited assets in the receivership and the many cases outstanding, the FDIC and Mr. Doak have been negotiating a global resolution that will settle all such litigation. The Parties' have made significant progress in those efforts, are in the final stages of those settlement negotiations, and hope to finalize a

global settlement agreement in the next thirty (30) days that will result in dismissal of this action.

8. In light of the foregoing, the Parties hereby jointly request this Court to continue the status conference from May 26, 2017 to June 30, 2017, at 9:00 a.m. in Courtroom 9, to permit the Parties to continue global settlement negotiations.

SO STIPULATED:

DATED: May 23, 2017  HINSHAW & CULBERTSON LLP

By: */s/ Edward F. Donahue*
Edward F. Donohue
Attorneys for Defendant BANCINSURE, INC.

DATED: May 23, 2017  JOSEPH AND COHEN, A P.C.

By: */s/ Jonathan M. Cohen*
Jonathan M. Cohen
Attorneys for the Insureds

DATED: May 23, 2017  NOSSAMAN LLP

By: */s/ James H. Vorhis*
James H. Vorhis
Attorneys for FEDERAL DEPOSIT INSURANCE COMPANY, Plaintiff as assignee of certain claims

1       IT IS SO ORDERED.

2
  IT IS SO ORDERED.
3
                                                        _____
4    Dated:    **May 24, 2017**
                                                        UNITED STATES MAGISTRATE JUDGE
5